# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Person Under Supervision: | Jesus Antonio Ocampo-Guerrero    Case No.: 3:21-CR-443-E |
| Name of Sentencing Judge: | U.S. District Judge Fernando Rodriguez (Jurisdiction transferred to U.S. District Judge Ada E. Brown on September 21, 2021.) |
| Date of Original Sentence: | May 6, 2021 |
| Original Offense: | Alien Unlawfully Found in the United States After Deportation, 8 U.S.C §. 1326(a), Class C Felony |
| Original Sentence: | 8 months custody, 5- year term of supervised release |
| Revocations: | None |
| Type of Supervision: | Supervised Release    Date Supervision Commenced: July 2, 2021 |
| Assistant U.S. Attorney: | Brain Orville McDonald    Defense Attorney: Humberto Yzaguirre Jr. (Court appointed) |

## Petitioning The Court As Follows:

To add to the conditions of supervision with the consent of the person under supervision as follows:

The defendant shall participate in an outpatient program approved by the probation officer for treatment of narcotic, drug, or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, and contributing to the costs of services rendered (copayment) at the rate of at least $ 25.00 per month.

The defendant shall participate in outpatient mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. You shall contribute to the costs of services rendered (copayment) at a rate of at least $25.00 per month.

### Cause

On September 28, 2021, Mr. Ocampo submitted a urine specimen to the U.S. Probation Office which tested positive for amphetamines. On October 7, 2021, U.S. Probation Officer (USPO) Monica Villegas confronted Mr. Ocampo regarding the positive results and admitted verbally and in writing to USPO Villegas that he used methamphetamine on September 24, 2021 and on October 2, 2021.

Due to Mr. Ocampo's admission of drug use along with his substance abuse history, and mental health issues documented in the presentence report it is believed additional special conditions of supervised release are necessary to adequately supervise Mr. Ocampo.

Jesus Antonio Ocampo-Guerrero
Request for Modifying the Conditions or Term of Supervision
Case 3:21-cr-00443-E   Document 4   Filed 10/13/21   Page 2 of 2   PageID 15

On September 28, 2021 Mr. Ocampo agreed to have his conditions amended to include substance abuse and mental health treatment. Mr. Ocampo voluntarily consented to the modification on the attached Waiver of Hearing to Modify Conditions of Supervised Release for the Court's review and consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2021
Respectfully submitted,

Approved,

s/Monica Villegas
U.S. Probation Officer
Dallas
Phone: 817-403-6765

s/Jessie Garza
Supervising U.S. Probation Officer
Phone: 214-316-4110

**Order of the Court:**

☐ No Action

☐ The extension of supervision as noted above.

☒ To add to the conditions of supervision.

The defendant shall participate in an outpatient program approved by the probation officer for treatment of narcotic, drug, or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, and contributing to the costs of services rendered (copayment) at the rate of at least $ 25.00 per month.

The defendant shall participate in outpatient mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. You shall contribute to the costs of services rendered (copayment) at a rate of at least $25.00 per month.

☐ Other or Additional:

☐ File under seal until further order of the Court.

The Honorable Ada E. Brown
U.S. District Judge

October 13, 2021
Date

* Attachment